# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**The State of Ohio;**
**and**
**The State of Tennessee,**

      **Plaintiffs,**

**v.**

**United States Army Corps of Engineers;**
**United States Environmental Protection**
**Agency; The Honorable Jo-Ellen Darcy**
**in her official capacity as Assistant**
**Secretary of the Army (Civil Works); and**
**The Honorable Gina McCarthy in her**
**official capacity as Administrator, U.S. E.P.A.**

      **Defendants.**

**Case No. 2:15-cv-02467**

**Judge Sargus**

**Magistrate Judge King**

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs the State of Ohio and the State of Tennessee appeal to the United States Court of Appeals for the Sixth Circuit from the Order denying a Preliminary Injunction (Doc. 86) entered on March 26, 2019.  A copy of the Order is attached as Exhibit A.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/Lawrence Helkowski*

LAWRENCE HELKOWSKI* (0068622)
 *Trial Counsel* (for all Plaintiffs)
Assistant Attorney General
30 E. Broad Street, 25th Floor
Columbus, OH 43215
614-466-2766 – Telephone
Lawrence.Helkowski@OhioAttorneyGeneral.gov

*/s/Jonathan D. Blanton*

JONATHAN D. BLANTON (0070035)
Assistant Attorney General
30 E. Broad Street, 17th Floor
Columbus, OH 43215
614-728-1171 – Telephone
Jonathan.Blanton@OhioAttorneyGeneral.gov

*/s/Amber Wootton Hertlein*

AMBER WOOTTON HERTLEIN (0083858)
Assistant Attorney General
30 E. Broad Street, 25th Floor
Columbus, OH 43215
614-466-2766 – Telephone
Amber.Hertlein@OhioAttorneyGeneral.gov

*Counsel for Plaintiff State of Ohio*



HERBERT H. SLATTERY III
Tennessee Attorney General and Reporter

BARRY TURNER
Deputy Attorney General

ELIZABETH P. McCARTER (10531)
Senior Assistant Attorney General
Office of the Attorney General and Reporter

>Environmental Division
>P.O. Box 20207
>Nashville, TN 37202
>615-532-2582 – Telephone
>615-741-8724 – Facsimile
>lisa.mccarter@ag.tn.gov
>
>*Counsel for Plaintiff State of Tennessee*

## CERTIFICATE OF SERVICE

This will certify that the foregoing was filed electronically on May 28, 2019. This filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Lawrence S. Helkowski*
>
>LAWRENCE S. HELKOWSKI (0068622)
>Assistant Attorney General