## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 31, 2019

Mr. Andrew J. Doyle
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Mr. Lawrence Scott Helkowski
Office of the Attorney General
of Ohio
30 E. Broad Street
25th Floor
Columbus, OH 43215

Ms. Rebecca J. Riley
Natural Resources Defense Council
20 N. Wacker Drive
Suite 1600
Chicago, IL 60606

       Re: Case No. 19-3500, *State of Ohio, et al v. EPA, et al*
          Originating Case No. : 2:15-cv-02467

Dear Counsel,

  This appeal has been docketed as case number **19-3500** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 14, 2019**.  Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
|  |  |
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-3500

STATE OF OHIO; STATE OF TENNESSEE

       Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES ARMY CORPS OF ENGINEERS; ASST. SECRETARY JO-ELLEN DARCY, in her official capacity as Assistant Secretary of the Army (Civil Works); ADMINISTRATOR GINA MCCARTHY, in her official capacity as Administrator, U.S. E.P.A.

       Defendants - Appellees

NATURAL RESOURCES DEFENSE COUNCIL, INC.; NATIONAL WILDLIFE FEDERATION

       Intervenors - Appellees