AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| State of Ohio, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:15-cv-2467 |
| United States Environmental Protection Agency, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants United States Environmental Protection Agency, et al.

Date: 09/18/2019

/s/ Erica Zilioli
*Attorney's signature*

Erica M. Zilioli, DC Bar No. 488073
*Printed name and bar number*

U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
*Address*

erica.zilioli@usdoj.gov
*E-mail address*

(202) 514-6390
*Telephone number*

(202) 514-8865
*FAX number*