IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STATE OF OHIO,** *et al.*,

    **Plaintiffs,**                                     **Case No. 2:15-cv-2467**
                                                   **Judge Edmund A. Sargus, Jr.**
   v.                                                   **Magistrate Judge Kimberly A. Jolson**

**UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,** *et al.*,

    **Defendants.**

## ORDER

Pursuant to this Court's order (ECF No. 101), Plaintiff filed a Motion for Summary Judgment (ECF No. 103) and Defendants requested briefing on whether this case remained a live controversy (ECF No. 104). This Court is bound by the Sixth Circuit's opinion that the case as a whole is not moot. Consequently, the Court **DIRECTS** Defendants to respond to the Plaintiff's Motion for Summary Judgment pursuant to this Court's local rules.

    IT IS SO ORDERED.


<u>**8/31/2021**</u>                                                       <u>**s/Edmund A. Sargus, Jr.**</u>
**DATE**                                                             **EDMUND A. SARGUS, JR.**
                                                                    **UNITED STATES DISTRICT JUDGE**